Honorable Benjamin Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. 11-cv-5056-BHS |
|---|---|
| Plaintiff | |
| v. | **[PROPOSED] ORDER ENTERING CONSENT DECREE, JUDGMENT INCLUDING PERMANENT INJUNCTION, AND OF DISMISSAL** |
| MATHEW G. RAY, et al., | |
| Defendants. | |

AND NOW, this ___5___ day of _____, 2013, upon consideration of the Complaint of Plaintiff, the United States of America, and the parties' above-signed Stipulated Motion, and all other previous orders and documents before it, it is hereby ORDERED that the below-agreed [Proposed] Consent Decree (Exhibit 1) is ENTERED as an order of the Court, Judgment is ENTERED in favor of Plaintiff and against Defendants in the terms provided in the Consent Decree, a permanent injunction shall

//

STIPULATED MOTION FOR ENTRY OF
[PROPOSED] CONSENT DECREE AND ORDER OF DISMISSAL
11-cv-5056-BHS - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  ISSUE in the below-agreed to form, and this matter is DISMISSED.

2  APPROVED AND ORDERED BY THIS COURT

3  This 5 day of November 2013.

4

5  _____
   HONORABLE BENJAMIN SETTLE
6  United States District Judge

STIPULATED MOTION FOR ENTRY OF
[PROPOSED] CONSENT DECREE AND ORDER OF DISMISSAL
11-cv-5056-BHS - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970